IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL LEE LEDBETTER, #819802, <br><br> Plaintiff, <br><br> v. <br><br> NURSES, *et al.*, <br><br> Defendants. | Case No. 22-cv-02894-SPM |

# ORDER OF DISMISSAL

**MCGLYNN, District Judge:**

Plaintiff Michael Lee Ledbetter, who is currently being held at Chester Mental Health Center ("CMHC"), filed this lawsuit alleging that he has been verbally and physically abused at CMHC on December 9, 2022. Upon filing the case, Plaintiff was informed that he had 30 days to pay the $402.00 filing fee or file a motion to proceed without prepayment of the filing fee ("IFP motion"). (Doc. 2). He was warned that failure to do so would result in dismissal of this case without prejudice. Plaintiff was also instructed to file the form regarding consenting or declining to consent to magistrate judge jurisdiction within 21 days. (Doc. 3).

Plaintiff failed to file the consent form and did not pay the filing fee or file an IFP motion by the deadlines set by the Court. On December 30, 2022, Plaintiff was given 7 additional days to file the consent form and warned that failure to do so would result in possible sanctions. (Doc. 4). Plaintiff then filed a document that was incomprehensible. (Doc. 5). The Court ordered Plaintiff to show cause by January 26, 2023, why sanctions should not be imposed for failure to file the consent form in accordance with Administrative Order No. 257. (Doc. 6). He was also given additional time to pay the filing fee or file an IFP motion. (Doc. 7). Plaintiff was informed that failure to comply with the Court order regarding his filing fee by February 3, 2023, would result in dismissal of this case.

In response, Plaintiff filed a motion docketed as "Motion for Hearing." (Doc. 8). The Court denied the motion. (Doc. 9). The motion was difficult to discern, but it appeared that Plaintiff was notifying the Court that he would like to proceed with this case. He did not seem to be seeking any type of relief from the Court. The Court again extended the deadlines in this case. Plaintiff was given until February 21, 2023, to file an IFP motion or pay the full filing fee and file the consent form. He was advised that he must follow the orders of this Court if he wishes to prosecute his claims. (Doc. 9).

On February 21, 2023, the Court received a document from Plaintiff in which he asks the undersigned to become his judge and stating that he would like to continue with this case. (Doc. 10).

Plaintiff has not complied with any of the Court's previous orders. To date, Plaintiff has failed to pay the filing fee or file an IFP motion. Additionally, he has not filed the consent form that has been sent to him four different times. Therefore, this action is **DISMISSED without prejudice** for failure to comply with orders of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

The Clerk of Court is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

**DATED:   March 1, 2023**

_s/Stephen P. McGlynn_
**STEPHEN P. MCGLYNN**
**United States District Judge**